**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION**

SOUTHERN APPALACHIAN MOUNTAIN
STEWARDS, APPALACHIAN VOICES,
and SIERRA CLUB,

                Plaintiffs,

v.                                  CIVIL ACTION NO. _____

RED RIVER COAL COMPANY, INC.,

                Defendant.

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### INTRODUCTION

1.      This is a citizen suit for declaratory and injunctive relief against Defendant Red River Coal Company, Inc., ("Red River") for violations of the Federal Water Pollution Control Act, 33 U.S.C. § 1251 et seq. (hereafter the "Clean Water Act" or "CWA"), and the Surface Mining Control and Reclamation Act, 30 U.S.C. § 1201 et seq. (hereafter "SMCRA"), at its North Fox Gap Surface Mine in Wise County, Virginia.

2.      As detailed below, Plaintiffs allege that Red River has discharged and continues to discharge pollutants into waters of the United States without authorization for those discharges in violation of Section 301 of the CWA, 33 U.S.C. § 1311.

3.      Plaintiffs further allege that Red River's discharges of pollutants into waters adjacent to the North Fox Gap Surface Mine violate the performance standards under SMCRA and the terms and conditions of its Virginia Coal Surface Mining Operation Permit 1101401.

1

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question), 33 U.S.C. § 1365 (CWA citizen's suit provision), and 30 U.S.C. § 1270 (SMCRA citizen's suit provision).

5.      On June 2, 2017, Plaintiffs gave notice of the violations and their intent to file suit to the Defendant, the United States Environmental Protection Agency ("EPA"), the Office of Surface Mining Reclamation and Enforcement ("OSMRE"), the Virginia Department of Mines, Minerals and Energy ("DMME"), and the Virginia Department of Environmental Quality ("DEQ"), as required by Section 505(b)(1)(A) of the CWA, 33 U.S.C. § 1365(b)(1)(A), and Section 520(b)(1)(A) of SMCRA, 30 U.S.C. § 1270(b)(1)(A).

6.      More than sixty days have passed since the notice was sent. No civil or criminal action to redress the violations has been initiated by EPA, OSMRE, DMME, or DEQ. Moreover, neither EPA nor the Commonwealth of Virginia has commenced an administrative penalty action under Section 309(g) of the CWA, 33 U.S.C. § 1319(g), or a comparable state law to redress the violations prior to the issuance of the June 2, 2017, notice letter.

7.      On June 30, 2017, Red River responded to the Groups' notice letter by initiating a lawsuit against the Groups in this Court under the Declaratory Judgment Act. Civil Action No. 2:17-cv-21, Doc. 1. Red River's lawsuit does nothing more than assert legal defenses to the allegations in the Groups' notice letter that would be better adjudicated as part of the present action. On July 26, 2017, the Groups filed a motion to dismiss Red River's lawsuit with prejudice for lack of jurisdiction and failure to state a claim. *Id.*, Docs. 13 and 14.

8.      Venue in this District is proper pursuant to 33 U.S.C. § 1365(c)(1) because the

sources of the CWA violations are located in this District, and pursuant to 30 U.S.C. § 1270(c)

because the coal mining operations complained of are located in this District.

**PARTIES**

9.      Red River is a Virginia corporation engaged in the business of mining coal.

10.     Red River is a person within the meaning of Section 502(5) of the CWA, 33

U.S.C. § 1362(5), and Section 701(19) of SMCRA, 30 U.S.C. § 1291(19).

11.     At all relevant times, Red River has owned and operated the North Fox Gap

Surface Mine in Wise County, Virginia. The mine is regulated pursuant to Virginia Coal Surface

Mining Operation ("CSMO") Permit 1101401. The mine discharges pollutants into the South

Fork Pound River, Rat Creek, Stillhouse Branch, and unnamed tributaries to those water bodies.

Some of those discharges are authorized by, and subject to the effluent limits in, Virginia

Pollutant Discharge Elimination System ("VA/NPDES") permit VA0081401. Additional

discharges from the mine are not currently authorized by any VA/NPDES permit.

12.     Plaintiff Southern Appalachian Mountain Stewards ("SAMS") is a non-profit

membership organization incorporated under the laws of the Commonwealth of Virginia. SAMS

is a Virginia corporation and has approximately thirty active members. SAMS works with

community members, partner groups and government authorities to prevent and correct harmful

economic, environmental and human health effects of coal extraction in southwest Virginia, and

to promote sustainable economic development in the region. SAMS monitors and participates in

the public aspects of Clean Water Act and SMCRA regulatory decisions. SAMS' concerns

include the exploration, enjoyment, restoration and protection of surface waters in Southwest

Virginia. SAMS monitors water quality in the South Fork Pound River watershed.

13.     Plaintiff Appalachian Voices is a nonprofit North Carolina corporation committed to protecting the land, air, and water of the central and southern Appalachian region, focusing on reducing coal's impact on the region. Appalachian Voices has more than 1,000 members, the majority of which reside in the Appalachian region, including North Carolina, Virginia and Tennessee, and it maintains a permanent office in Virginia. Its concerns include the protection and restoration of surface waters in Virginia.

14.     Plaintiff Sierra Club is a nonprofit corporation incorporated in California, with approximately 800,000 members nationwide, including approximately 20,000 members who reside in Virginia and belong to its Virginia Chapter. The Sierra Club is dedicated to exploring, enjoying, and protecting the wild places of the Earth; to practicing and promoting the responsible use of the Earth's resources and ecosystems; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to carry out those objectives. The Sierra Club's concerns encompass the exploration, enjoyment and protection of surface waters in Virginia.

15.     Plaintiffs have members – including, but not limited to, Ms. Jessica Bier – who use, enjoy, and benefit from the water quality in the South Fork Pound River and its tributaries. They would like to recreate in and otherwise use and enjoy areas downstream from the portions of the streams into which Red River's North Fox Gap Surface Mine discharges pollutants harmful to aquatic life, including the ions that contribute to total dissolved solids and conductivity. Excessive amounts of these pollutants degrade the water quality of the South Fork Pound River and its tributaries, make the water aesthetically unpleasant and environmentally undesirable and impair its suitability for aquatic life. Because of this pollution, Plaintiffs' members refrain from using or restrict their usage of the South Fork Pound River, its tributaries,

4

and associated natural resources. Plaintiffs' members and employees also expend their time and resources collecting water samples and otherwise monitoring the water quality and ecological health of the South Fork Pound River downstream of the North Fox Gap Surface Mine. As a result, the environmental, economic, health, aesthetic, and recreational interests of these members are adversely affected by Red River's excessive discharges of these and other pollutants into the South Fork Pound River and its tributaries from Red River's North Fox Gap Surface Mine in violation of the Clean Water Act, SMCRA, and associated permits. If Red River's discharges ceased, the harm to the interests of Plaintiffs' members would be redressed. An injunction would redress Plaintiffs' members injuries by preventing future violations of the Clean Water Act, SMCRA, and the limits in Red River's permits.

16.     At all relevant times, Plaintiffs were and are "persons" as that term is defined by the CWA, 33 U.S.C. § 1362(5) and SMCRA, 30 U.S.C. § 1291(19).

## STATUTORY AND REGULATORY FRAMEWORK

### A.  Clean Water Act

17.     Section 301(a) of the CWA, 33 U.S.C. § 1311(a), prohibits the "discharge of any pollutant by any person" into waters of the United States except in compliance with the terms of a permit, such as a National Pollutant Discharge Elimination System ("NPDES") permit issued by EPA or an authorized state pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.

18.     Section 402(a) of the CWA, 33 U.S.C. § 1342(a), provides that the permit-issuing authority may issue a NPDES permit that authorizes the discharge of any pollutant directly into waters of the United States, upon the condition that such discharge will meet all applicable requirements of the CWA and such other conditions as the permitting authority determines necessary to carry out the provisions of the CWA.

19.     At all times relevant to this complaint, the Commonwealth of Virginia has been authorized by EPA to administer a NPDES program for regulating the discharges of pollutants into the waters of Virginia. Permits issued under this program are known as "VA/NPDES" permits.

20.     Section 303(a) of the CWA, 33 U.S.C. § 1313(a), requires that states adopt ambient water quality standards and establish water quality criteria for particular water bodies that will protect designated uses of the water.

21.     Among Virginia's water quality standards is 9 VAC 25-260-20, which provides that "State waters, including wetlands, shall be free from substances attributable to sewage, industrial waste, or other waste in concentrations, amounts, or combinations which contravene established standards or interfere directly or indirectly with designated uses of such water or which are inimical or harmful to human, plant, or aquatic life."

22.     Section 505(a) of the CWA, 33 U.S.C. § 1365(a), authorizes any "citizen" to "commence a civil action on his own behalf . . . against any person . . . who is alleged to be in violation of . . . an effluent standard or limitation under this chapter."

23.     Section 505(f) of the CWA, 33 U.S.C. § 1365(f), defines an "effluent standard or limitation under this chapter," for purposes of the citizen suit provision in Section 505(a) of the CWA, 33 U.S.C. § 1365(a), to mean, among other things, an unlawful act under Section 301(a) of the CWA, 33 U.S.C. § 1311(a), and "a permit or condition thereof issued" under Section 402 of the CWA, 33 U.S.C. § 1342.

24.     In an action brought under Section 505(a) of the CWA, 33 U.S.C. § 1365(a), the district court has jurisdiction to order the defendant to comply with the CWA.

25.     Under section 505(d) of the CWA, 33 U.S.C. § 1365(d), the court "may award costs of litigation (including reasonable attorney and expert witness fees) to any prevailing or substantially prevailing party, whenever the court determines such an award is appropriate."

**B.  Surface Mining Control and Reclamation Act**

26.     Section 506 of SMCRA, 30 U.S.C. § 1256, prohibits any person from engaging in or carrying out surface coal mining operations without first obtaining a permit from OSMRE or from an approved state regulatory authority.

27.     At all relevant times, the Commonwealth of Virginia has administered an approved surface mining regulatory program under SMCRA. *See* 30 C.F.R. § 946.10.

28.     Among the performance standards mandated by SMCRA and the Virginia Coal Surface Mining Control and Reclamation Act ("VCSMCRA") is that "[d]ischarge from areas disturbed by . . . mining shall not violate effluent limitations or cause a violation of applicable water quality standards." 30 C.F.R. §§ 816.42 and 817.42; 4 VAC 25-130-816.42.

29.     The performance standards further require that "[a]ll surface mining and reclamation activities shall be conducted . . . to prevent material damage to the hydrologic balance outside the permit area." 4 VAC 25-130-816.41. At a minimum, "material damage" includes violations of water quality standards.

30.     The VCSMCRA regulations provide that "[t]he permittee shall comply with the terms and conditions of the permit, all applicable performance standards of the Act, and the requirements of this chapter." 4 VAC 25-130-773.17(c).

31.     Section 520(a) of SMCRA, 30 U.S.C. § 1270(a), authorizes any person adversely affected to bring an action in federal court to compel compliance with SMCRA against any

"person who is alleged to be in violation of any rule, regulation, order or permit issued pursuant to [SMCRA]."

32.     Section 520(d) of SMCRA, 30 U.S.C. § 1270(d), authorizes the Court to award the costs of litigation, including attorneys fees and expert witness fees, "to any party, whenever the court determines such an award is appropriate."

33.     The Virginia Department of Mines, Minerals and Energy's Division of Mined Land Reclamation ("DMLR") is the agency in the Commonwealth of Virginia that administers the state's SMCRA program and its CWA program as applied to coal mines and that issues VA/NPDES Permits and VCSMCRA Permits.

### FACTS

34.     Red River's mining activities at the North Fox Gap Surface Mine are regulated under Virginia SMCRA/CSMO Permit 1101401.

35.     The Clean Water Act discharge permit associated with the North Fox Gap Surface Mine is VA/NPDES Permit VA0081401.

36.     Virginia originally issued both the SMCRA/CSMO Permit 1101401 and VA/NPDES Permit VA0081401 on January 16, 1992, and those permits have remained in effect from that time forward.

37.     As part of its permitted mining operation at the North Fox Gap Surface Mine, Red River deposited mine spoil into eight hollow fills, numbered 1 through 8. Each of the eight hollow fills includes an engineered underdrain to channelize and direct the flow of water through the fill and out through the toe of the fill. All eight hollow fills, including underdrains, remain in place where they were originally constructed.

38.     As constructed, and prior to approximately June 2014, Fill 1 and its associated Underdrain 1 discharged into Pond 1, which then itself discharged through Outfall 001 into an unnamed tributary of the South Fork Pound River.

39.     As constructed, and prior to approximately June 2014, Fill 2 and its associated Underdrain 2, together with Fill 3 and its associated Underdrain 3, discharged into Pond 2, which then discharged through Outfall 002 into a separate unnamed tributary of the South Fork Pound River.

40.     As constructed, and prior to approximately June 2014, Fill 4 and its associated Underdrain 4, together with Fill 5 and its associated Underdrain 5, discharged into Pond 5, which then discharged through Outfall 003 into another unnamed tributary of the South Fork Pound River.

41.     As constructed, and prior to approximately June 2014, Fill 6 and its associated Underdrain 6 discharged into Pond 9, which then discharged through Outfall 006 into an unnamed tributary of Rat Creek which, in turn, flows into the South Fork Pound River at a point downstream from the other discharges.

42.     As constructed, and prior to approximately March 2007, Fill 8 and its associated Underdrain 8 discharged to a sediment pond permitted as part of a separate mining operation, the Ambrose Branch Coal Company, Inc., Mine #6, SMCRA/CSMO Permit # 1201338, located downslope from the North Fox Gap Surface Mine, and then into a tributary of the South Fork Pound River known as Stillhouse Branch.

43.     During a site inspection on April 29, 2014, DMLR authorized Red River to remove Pond 3 (below Underdrain 2) and Pond 4 (below Underdrain 3).

44.     During a site inspection on June 11, 2014, DMLR authorized Red River to remove Pond 1 (below Underdrain 1), Pond 2 (below Underdrains 2 and 3), Pond 5 (below Underdrains 4 and 5), Pond 6 (below Underdrains 4 and 5), and Pond 9 (below Underdrain 6).

45.     In March 2007, DMLR released the permit for the Ambrose Branch Coal Company, Inc., Mine #6, SMCRA/CSMO Permit 1201338, on which the pond receiving discharges from Red River's Underdrain 8 was located. Following that permit release, Underdrain 8 now discharges directly into Stillhouse Branch, which then flows into the South Fork Pound River.

46.     From at least June 2014, or whenever Red River completed final pond removal, Underdrains 1, 2, 3, 4, 5, 6, and 8 all discharged directly into their respective receiving streams without passing through a sediment pond or other treatment system.

47.     In a "Monitoring Point Detail Supplement" dated February 26, 2015, DMLR authorized the deletion of Outfall 003 (below Underdrains 4 and 5) from Red River's VA/NPDES Permit VA0081401. In the same "Monitoring Point Detail Supplement," DMLR authorized the relocation of the VA/NPDES monitoring locations for Outfall 001 (below Underdrain 1), Outfall 002 (below Underdrains 2 and 3), and Outfall 006 (below Underdrain 6), from their prior locations below the fills to new locations upslope of the fills at mine bench Ponds 1B, 3B, and 7B, respectively. Red River has not reported any discharges from mine bench Ponds 1B, 3B, or 7B.

48.     Red River has not reported VA/NPDES monitoring data from Ponds 1, 2, 3, 4, 5, 6, and 9, or from the original locations of Outfalls 001, 002, 003, or 006, since ponds were removed and outfalls deleted or relocated.

49.     As a result of the release of SMCRA/CSMO Permit 1201338 in March 2007, and the monitoring point modifications approved in the "Monitoring Point Detail Supplement," as of at least February 26, 2015, Red River no longer possesses any VA/NPDES permit authorizing the discharge of any pollutant in any amount from Underdrains 1, 2, 3, 4, 5, 6, or 8, or otherwise from the locations of hollow Fills 1, 2, 3, 4, 5, 6, or 8.

50.     Underdrains 1, 2, 3, 4, 5, 6, and 8 continue to produce discharges high in total dissolved solids and with high conductivity.

51.     The discharges from Underdrains 1, 2, 3, 4, 5, 6, and 8 have resulted in elevated levels of total dissolved solids and conductivity in their respective receiving streams, including Rat Creek, the South Fork Pound River, Stillhouse Branch, and unnamed tributaries to those water bodies.

52.     Prior to the commencement of mining operations at the North Fox Gap Surface Mine, water quality in the receiving streams was good. Red River stated in 1991, as part of the "probable Hydrologic Consequences" section of its VCSMCRA permit application, that "[d]ischarges from the permit area flow to South Fork Pound River and Rat Creek. Baseline data show that existing stream water quality in these two streams is generally good."

53.     Since mining operations began, water quality in the receiving streams has diminished considerably, and the streams are now impaired. Baseline monitoring conducted in January 1992, prior to the commencement of mining at the North Fox Gap Surface Mine, at monitoring point R-2 in the South Fork Pound River downstream from all discharges from the mine, showed the level of total dissolved solids ("TDS") to be 626 mg/l. Monitoring conducted on May 12, 2017, at approximately the same location in the South Fork Pound River, showed the level of TDS to be 1720 mg/l, almost three times the baseline level.

54.     The level of TDS below the underdrains has similarly increased significantly from prior to mining to today. The following table compares the TDS levels at monitoring points below Underdrains 1, 2, 3, 4, 5, 6, and 8 as measured by Red River in January 1992 and by the U.S. Office of Surface Mining Reclamation and Enforcement in August 2016, two years after the ponds were removed.[1]

| Table 1 - Comparison of current TDS (mg/l) discharges to pre-mining baseline | | |
|---|---|---|
| *Location* | *1992 – baseline* | *2016* |
| Fill 1/ UD-1 | 1018 | 2460 |
| Fill 2/ UD-2 | 1339 | 2100 |
| Fill 3/ UD-3 | 1546 | 2100 |
| Fill 4/ UD-4 | 798 | 2820 |
| Fill 5/ UD-5 | 776 | 2820 |
| Fill 6/ UD-6 | 420 | 2250 |
| Fill 8/ UD-8 | 1564 | 3150 |

55.     The level of conductivity measured in the South Fork Pound River is also significantly elevated and continues to increase. Monitoring conducted by Red River's contractor, Biologic Monitoring, Inc., at monitoring point SFP-2, located just downstream from monitoring point R-2 and downstream from all discharges from the North Fox Gap Surface Mine, shows steadily increasing levels of conductivity from 2012, before the ponds were removed, to today. The following table summarizes those conductivity monitoring results.

| Table 2 – Conductivity levels measured at SFP-2 | |
|---|---|
| Date | Conductivity (µS/cm) |
| 11/5/2012 | 1942 |
| 5/13/2013 | 1984 |
| 9/5/2013 | 2060 |
| 4/28/2014 | 2110 |
| 9/29/2014 | 2160 |
| 10/17/2016 | 2230 |

---

[1] All monitoring data provided in this complaint that pre-dates April 14, 2015, is offered for the sole purpose of demonstrating historic conditions and long-term trends.

56.     Monitoring conducted by Red River at each of the underdrains pursuant to its SMCRA/CSMO permit confirms that the underdrains and related hollow fills are a significant source of the high levels of total dissolved solids and conductivity measured in the receiving streams, including the South Fork Pound River, below the mine. The following table presents the range of results reported for TDS, conductivity, and flow at each of the underdrains between January 2012 and February 2017. The complete set of monitoring data for TDS, conductivity, and flow for each of the underdrains is presented in Appendix A to this Complaint.

| Table 3 – Range of TDS, conductivity and flow levels reported at Underdrains 1, 2, 3, 4, 5, 6, and 8 from January 2012 through February 2017 | | | |
|---|---|---|---|
| UD | TDS (mg/l) | Conductivity  (μS/cm) | Flow (gpm) |
| UD-1 | 1018-3356 | 701-3115 | 0-100 |
| UD-2 | 1990-4148 | 1640-3952 | 5-300 |
| UD-3 | 1568-3372 | 1662-3254 | 30-520 |
| UD-4 | 952-2330 | 441-2832 | 0-920 |
| UD-5 | 1986-3256 | 1544-3304 | 10-162 |
| UD-6 | 1698-2488 | 820-2699 | 15-400 |
| UD-8 | 1620-3422 | 1903-4492 | 2-100 |

57.     Red River has itself acknowledged that its surface mining activities at the North Fox Gap Surface mine are the cause of the elevated levels of TDS and conductivity in the discharges from its underdrains and, ultimately, in the several unnamed tributary receiving streams and in Rat Fork, Stillhouse Branch, and the South Fork Pound River. Red River stated, in the "Probable Hydrologic Consequences Determination" document it prepared as part of its 2016 application 1007840 related to SMCRA/CSMO permit 1101401, that "[u]nderdrains UD-1, 2, 3, 4, and 6 continue to show elevated levels for parameters TDS, conductivity and sulfates," and that "[c]onductivity, total dissolved solids, and sulfate values have fluctuated, but on average appear to have increased somewhat from baseline results."

58.     Biological monitoring in the South Fork Pound River and Rat Creek makes clear that the high-TDS and high-conductivity discharges from Red River's North Fox Gap Surface Mine have caused or contributed to harm to aquatic life in those streams. On October 17, 2016, Red River's contractor, Biologic Monitoring, Inc., calculated the Virginia Stream Condition Index ("VASCI") score at monitoring point SFP-2 in the South Fork Pound River, downstream from all discharges from the North Fox Gap Surface Mine. Biologic Monitoring reported a VASCI score of 33.6, which is indicative of "severe stress." Any VASCI score below 60 is considered to indicate biological impairment. The following table provides the results of biological monitoring conducted at SFP-2 from fall 2012 through fall 2016, all of which indicate biological impairment.

| Table 4 –  Biological monitoring at SFP-2 | |
| --- | --- |
| **Date** | **VASCI** |
| 11/5/2012 | 43.2 (stress) |
| 5/13/2013 | 35.5 (severe stress) |
| 9/5/2013 | 31.8 (severe stress) |
| 4/28/2014 | 39  (severe stress) |
| 9/29/2014 | 35.2 (severe stress) |
| 10/17/2016 | 33.6 (severe stress) |

59.     The Virginia Department of Environmental Quality designates the South Fork Pound River and its tributaries as impaired for aquatic life on its CWA section 303(d) list based on macroinvertebrate bioassessments.

60.     In 2011, EPA scientists summarized the existing science connecting conductivity pollution from surface coal mines and biological degradation in an EPA report entitled, "A Field-Based Aquatic Life Benchmark for Conductivity in Central Appalachian Streams." That report, which was peer-reviewed by top scientists on EPA's Science Advisory Board, used EPA's standard method for deriving water quality criteria to derive a conductivity benchmark of 300

14

μS/cm. Id. at xiv-xv. According to the species sensitivity distribution in the benchmark, on average, five percent of species are lost when conductivity rises to 295 μS/cm, over 50% are lost at 2000 μS/cm, and close to 60% are lost at 3000 μS/cm. Id. at 18. EPA considered potential confounding factors, including habitat, temperature, deposited sediments and pH, and concluded that none of them altered the relationship between conductivity and biological decline or the benchmark value of 300 μS/cm. Id. at 41, B-22. EPA found that the loss of aquatic species from increased conductivity was "a severe and clear effect." Id. at A-37. EPA also conducted a detailed causal assessment and concluded that there is a causal relationship between conductivity and stream impairment at the streams it studied in West Virginia.  Id. at A-39. Finally, EPA's benchmark report analyzed the relationship between conductivity levels and the biological impairment threshold employed by the West Virginia Stream Condition Index ("WVSCI"), a measure of biological integrity very similar to the VASCI. EPA found that a WVSCI score of 64 (close to the impairment threshold of 68) corresponds to streams with conductivity of about 300 μS/cm on average. Id. at A-36. A statistical analysis included in the benchmark determined that at a conductivity level of 300 μS/cm a stream is 59% likely to be impaired, and at 500 μS/cm a stream is 72% likely to be impaired. Id.

61.    The EPA benchmark is supported by multiple more recent peer-reviewed studies. Cormier, et al., "Derivation of a Benchmark for Freshwater Ionic Strength," Environmental Toxicology and Chemistry, 32(2): 263-271 (2013), and references cited therein; Bernhardt, et al., "How Many Mountains Can We Mine? Assessing the Regional Degradation of Central Appalachian Rivers by Surface Coal Mining," Environmental Science & Technology, 46 (15), pp. 8115–8122 (2012).

62.     The ionic mixture coming out of the underdrains at Red River's North Fox Gap Surface Mine listed above is consistent with that associated with coal mining pollution in this region. Pond, et al., "Downstream effects of mountaintop coal mining: comparing biological conditions using family- and genus-level macroinvertebrate bioassessment tools." J. North Am. Benthological Soc., 27(3), 717−737 (2008); Palmer et al., "Mountaintop mining consequences." Science 327, 148-149 (2010); Bernhardt and Palmer, "The environmental costs of mountaintop mining valley fill operations for aquatic ecosystems of the Central Appalachians." Year Ecol. Conserv. Biol., 1223, 39-57 (2011); Lindberg et al., "Cumulative impacts of mountaintop mining on an Appalachian watershed." PNAS 108:52 (2011); Pond, "Patterns of Ephemeroptera taxa loss in Appalachian 3 headwater streams (Kentucky, USA)," Hydrobiologia, 641: 185–201 (2010); Pond, "Biodiversity loss in Appalachian headwater streams: Plecoptera and Trichoptera communities," Hydrobiologia, 679: 97-117 (2012); Pond et al., "Long-term Impacts on Macroinvertebrates Downstream of Reclaimed Mountaintop Mining Valley Fills in Central Appalachia," Env. Mgmt., 54(4): 919-33 (2014); Kunz, et al., "Use of Reconstituted Waters to Evaluate Effects of Elevated Major Ions Associated with Mountaintop Coal Mining on Freshwater Invertebrates," Environmental Toxicology and Chemistry, 32(12): 2826-35 (2013). The ionic mixture of calcium, magnesium, sulfate, and bicarbonate in alkaline mine water discharged from coal mines causes the loss of aquatic macroinvertebrates in Appalachian areas where surface coal mining is prevalent; it is the mixture of ions that causes the biological impairment. Cormier et al., "Assessing causation of the extirpation of stream macroinvertebrates." Environmental Science and Technology, 32(2): 277-287 (2013b); Cormier and Suter (2013). This mixture also has significant adverse effects on fish assemblages (Hitt et al., "Temporal changes in taxonomic and functional diversity of fish assemblages downstream

from mountaintop mining." Freshwater Science, 33(3) (2014); Hopkins et al., "Effects of

mountaintop mining on fish distributions in central Appalachia." Ecology of Freshwater Fish,

22:578−586 (2013)) and has toxic effects on aquatic life, including mayflies (Kunz, "Use of

Reconstituted Waters to Evaluate Effects of Elevated Major Ions Associated with Mountaintop

Coal Mining on Freshwater Invertebrates." Environmental Toxicology and Chemistry, 32:12, pp.

2826-35 (2013); Echols, et al.,  "Preliminary results of lab toxicity tests with the mayfly,

Isonychia bicolor for development as a standard test organism for evaluating streams in the

Appalachian coalfields of Virginia and West Virginia."  Env. Monit. Assess. (2010); Kennedy, et

al.,  "Evaluation of ecologically relevant bioassays for a lotic system impacted by a coal-mine

effluent, using Isonychia."  Env. Monit. Assess. 95:37-55 (2004)).

63.    The applicability of EPA's benchmark to first- and second-order headwater

streams within Virginia's Central Appalachian coalfield region was confirmed by Timpano, et

al., "Levels of Dissolved Solids Associated with Aquatic Life Effects in Headwater Streams of

Virginia's Central Appalachian Coalfield Region" (2011), prepared for Virginia Department of

Environmental Quality and Virginia Department of Mines, Minerals, and Energy. That study's

authors concluded that:

> Family-level biological effects, as defined by VASCI scores indicating
> stressed or severely stressed conditions, were observed with increasing
> probability from 0% at TDS ≤ 190 mg/L to 100% at TDS ≥ 1,108 mg/L.

64.    Based on the monitoring conducted below the underdrains and in the receiving

streams, and on the findings of the peer-reviewed scientific studies discussed above, the ongoing

discharges of calcium, magnesium, sulfate and bicarbonate (measured as TDS and conductivity)

discharged from Red River's North Fox Gap Surface Mine's Underdrains 1, 2, 3, 4, 5, 6, and 8

are causing or materially contributing to biological impairment in the South Fork Pound River,

Rat Creek, Stillhouse Branch, and unnamed tributaries to those water bodies.

## FIRST CLAIM FOR RELIEF
### (CWA Violations)

65.    Plaintiffs incorporate by reference all allegations contained in paragraphs 1

through 64 above.

66.    Calcium, magnesium, sulfate and bicarbonate (measured as TDS and

conductivity) are "pollutants" as that term is defined in section 502 of the CWA, 33 U.S.C. §

1362(6).

67.    The South Fork Pound River, Rat Creek, Stillhouse Branch, and the unnamed

tributaries below Underdrains 1, 2, 3, 4, 5, 6, and 8, are all waters of the United States within the

meaning of 33 U.S.C. § 1362(7).

68.    Each of the Underdrains 1, 2, 3, 4, 5, 6, and 8 is a discernible, confined and

discrete conveyance that discharges to surface waters and is therefore a "point source" within the

meaning of 33 U.S.C. § 1362(14).

69.    Red River's VA/NPDES permit VA0081401 does not authorize the discharge of

any pollutants from Underdrains 1, 2, 3, 4, 5, 6, or 8.

70.    Red River's ongoing discharges of pollutants from point sources at the North Fox

Gap Surface Mine into waters of the United States without permit authorization violate Section

301 of the Clean Water Act, which prohibits the discharge of any pollutant by any person, except

in compliance with a permit. 33 U.S.C. § 1311.

71.    Section 505(f)(1) defines "an effluent standard or limitation" to include "an

unlawful act under subsection (a) of Section 301 of this title." 33 U.S.C. § 1365(f)(1). Section

301(a), in turn, prohibits "the discharge of any pollutant by any person" except in compliance

with the Act's requirements. 33 U.S.C. § 1311(a). By discharging the pollutants calcium,

magnesium, sulfate and bicarbonate (measured as TDS and conductivity) without authorization

from a permit under the CWA, Red River is in ongoing violation of section 301(a).

72.     Each and every discharge of the pollutants calcium, magnesium, sulfate and

bicarbonate (measured as TDS and conductivity) by Red River from the North Fox Gap Surface

Mine occurring after April 14, 2015, is actionable under section 505(a)(1) of the Clean Water

Act. 33 U.S.C. § 1365(a)(1).

73.     Red River's own monitoring establishes that it has discharged, and continues to

discharge, calcium, magnesium, sulfate and bicarbonate (measured as TDS and conductivity)

into Rat Creek, Stillhouse Branch, the South Fork Pound River, and unnamed tributaries of those

water bodies, after April 14, 2015, as described above.

74.     On information and belief, Red River has taken no meaningful action to address

its ongoing unpermitted discharges.

75.     Unless enjoined, Red River will remain in continuing violation of the Clean

Water Act.

## SECOND CLAIM FOR RELIEF
### (SMCRA Violations)

76.     Plaintiffs incorporate by reference all allegations contained in paragraphs 1

through 64 above.

77.     Red River's SMCRA/ CSMO Permit 1101401 requires it to comply with

performance standards of the VCSMCRA. VA Code § 45.1-242(B); 4 VAC 25-130-773.17(c).

78.     Those performance standards provide that "[d]ischarges of water from areas

disturbed by surface mining activities shall be made in compliance with all applicable State and

Federal water quality laws, standards and regulations and with the effluent limitations for coal

mining promulgated by the U.S. Environmental Protection Agency set forth in 40 CFR 434." 4 VAC 25-130-816.42; 30 C.F.R. §§ 816.42 and 817.42.

79.     Virginia's water quality standards provide that "State waters . . . shall be free from substances attributable to sewage, industrial waste, or other waste in concentrations, amounts, or combinations which contravene established standards or interfere directly or indirectly with designated uses of such water or which are inimical or harmful to human, animal, plant, or aquatic life." 9 VAC 25-260-20.

80.     VCSMCRA performance standards also provide that "[a]ll surface mining and reclamation activities shall be conducted to . . . prevent material damage to the hydrologic balance outside the permit area." 4 VAC 25-130-816.41(a). "Material damage," at a minimum, includes violations of water quality standards.

81.     By violating the Virginia water quality standard for aquatic life protection at its North Fox Gap Surface Mine, after April 14, 2015, Red River has also violated, and is continuing to violate, the performance standards incorporated as conditions in its SMCRA/CSMO Permit 1101401.

82.     VCSMCRA performance standards further require that "[i]f drainage control, restabilization and revegetation of disturbed areas, diversion of runoff, mulching, or other reclamation and remedial practices are not adequate to meet the requirements of this section and 4VAC25-130-816.42, the permittee shall use and maintain the necessary water treatment facilities or water quality controls." 4 VAC 25-130-816.41(d)(1); *see also* 30 C.F.R. § 816.41(d)(1).

83.     The violations identified herein show that Red River's existing treatment methods are insufficient to meet the requirement imposed by 4 VAC 25-130-816.41(d)(1). Thus, the

performance standards incorporated into Red River's SMCRA/CSMO Permit 1101401 require Red River to construct a system that will effectively treat its effluent to levels that comply with all applicable water quality standards.

84.     Each violation of Red River's SMCRA/ CSMO permit after April 14, 2015, is a violation of SMCRA and is enforceable under the citizen suit provision of SMCRA, 30 U.S.C. § 1270(a).

85.     Unless enjoined, Red River's violations of SMCRA will continue.

### RELIEF REQUESTED

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order:

86.     Declaring that Red River has violated and is in continuing violation of the CWA and SMCRA;

87.     Enjoining Red River from operating its North Fox Gap Surface Mine in such a manner as will result in further violations of the CWA, SMCRA, or SMCRA/CSMO Permit 1101401;

88.     Ordering Red River to immediately secure CWA permit authorization for its discharges from Underdrains 1, 2, 3, 4, 5, 6, and 8, and to comply with all effluent limitations, monitoring and reporting requirements, and other terms and conditions of such permit authorization;

89.     Ordering Red River to immediately comply with the terms and conditions of SMCRA/CSMO Permit 1101401;

90.     Ordering Red River to conduct monitoring and sampling to determine the environmental effects of its violations, to remedy and repair environmental contamination and/or

degradation caused by its violations, and to restore the environment to its prior uncontaminated condition;

91.     Awarding Plaintiffs their attorney and expert witness fees and all other reasonable expenses incurred in pursuit of this action; and

92.     Granting other such relief as the Court deems just and proper.


                              Respectfully submitted,

                              /s/ Evan D. Johns
                              Evan D. Johns (VA Bar No. 89285)
                              Appalachian Mountain Advocates
                              415 Seventh Street Northeast
                              Charlottesville, Virginia 22902
                              (434) 529-6787
                              ejohns@appalmad.org

                              Peter M. Morgan (application for admission *pro hac vice* pending)
                              1536 Wynkoop St., Ste 312
                              Denver, CO 80202
                              (303) 454-3367
                              peter.morgan@sierraclub.org

                              *Counsel for Southern Appalachian Mountain Stewards, Appalachian Voices, and Sierra Club*

## APPENDIX A

**Sampling results for TDS and conductivity for Underdrains 1, 2, 3, 4, 5, 6, and 8**

### Underdrain 1

| Date | UD-1: TDS | UD-1: Cond. | UD-1: Flow |
|---|---|---|---|
| 1/12/12 | 2038 | 2189 | 3 |
| 1/27/12 | | 1667 | 15 |
| 2/2/12 | | 1882 | 15 |
| 2/21/12 | | 1677 | 10 |
| 3/1/12 | | 1075 | 100 |
| 3/9/12 | | 1043 | 50 |
| 4/2/12 | 2524 | 2573 | 25 |
| 4/19/12 | | 2041 | 5 |
| 5/4/12 | | 2012 | 5 |
| 5/15/12 | | 1898 | 10 |
| 6/1/12 | | 2222 | 25 |
| 7/2/12 | 3356 | 3099 | 2 |
| 7/9/12 | | 2433 | 1 |
| 8/1/12 | | 1095 | 45 |
| 8/10/12 | | 1793 | 3 |
| 10/8/12 | 2144 | 2275 | 10 |
| 11/1/12 | | 1405 | 15 |
| 12/11/12 | | 2200 | 5 |
| 12/21/12 | | 2221 | 10 |
| 1/14/13 | 1520 | 1793 | 20 |
| 1/31/13 | | 701 | 25 |
| 2/14/13 | | 1664 | 5 |
| 2/22/13 | | 1934 | 10 |
| 3/12/13 | | 1448 | 10 |
| 3/25/13 | | 933 | 10 |
| 4/5/13 | 1398 | 1729 | 100 |
| 4/12/13 | | 1719 | 10 |
| 5/8/13 | | 2030 | 60 |
| 5/20/13 | | 1568 | 35 |
| 6/7/13 | | 2591 | 25 |
| 6/21/13 | | 1590 | 75 |
| 7/11/13 | 1586 | 1906 | 5 |
| 7/29/13 | | 2159 | 3 |
| 8/12/13 | | 2188 | 3 |
| 10/22/13 | 2402 | 2733 | 1 |
| 11/1/13 | | 2382 | 3 |
| 11/18/13 | | 2454 | 1 |
| 12/10/13 | | 947 | 6 |
| 12/17/13 | | 1404 | 5 |
| 1/13/14 | 1018 | 1343 | 40 |
| 1/24/14 | | 2141 | 15 |
| 2/17/14 | | 1796 | 15 |
| 2/25/14 | | 1542 | 20 |
| 3/16/14 | | 1852 | 30 |
| 3/26/14 | | 2367 | 25 |
| 4/16/14 | 1844 | 2040 | 5 |
| 4/24/14 | | 2025 | 4 |
| 5/8/14 | | 2044 | 3 |
| 5/29/14 | | 2590 | 3 |
| 6/12/14 | | 2615 | 5 |
| 6/21/14 | | 2568 | 10 |
| 7/10/14 | 3092 | 3054 | 3 |
| 7/22/14 | | 2986 | 5 |
| 8/19/14 | | 3034 | 7 |
| 8/28/14 | | 3115 | 8 |
| 9/10/14 | | 3110 | 5 |
| 9/24/14 | | 2536 | 2 |
| 10/14/14 | 1892 | 2098 | 5 |
| 10/22/14 | | 2171 | 3 |
| 11/11/14 | | 1980 | 2 |
| 11/20/14 | | 2043 | 5 |
| 12/11/14 | | 2047 | 1 |
| 12/24/14 | | 2026 | 1 |
| 1/12/15 | 1458 | 1627 | 1 |
| 1/22/15 | | 1983 | 1 |
| 2/11/15 | | 1656 | 5 |
| 3/16/15 | | 1515 | 40 |
| 3/26/15 | | 2305 | 5 |
| 4/9/15 | 1474 | 1760 | 5 |
| 4/21/15 | | 1558 | 5 |
| 5/11/15 | | 2391 | 5 |
| 7/10/15 | 1992 | 2207 | 2 |
| 7/21/15 | | 1601 | 5 |
| 8/13/15 | | 2701 | 2 |
| 8/27/15 | | 2907 | 2 |
| 9/4/15 | | 2950 | 1 |
| 9/25/15 | | 1653 | 5 |
| 10/15/15 | 2298 | 2559 | 5 |
| 10/28/15 | | 2665 | 3 |
| 11/9/15 | | 2594 | 5 |
| 11/25/15 | | 2843 | 5 |
| 12/7/15 | | 1812 | 5 |
| 12/16/15 | | 2302 | 3 |
| 3/5/16 | 1558 | 1740 | 5 |
| 6/21/16 | 2498 | 2553 | 3 |
| 9/28/15 | 2740 | 2828 | 1 |
| 11/30/16 | 1162 | 1476 | 5 |
| 2/22/17 | 1600 | 1912 | 5 |

**Underdrain 2**

| Date | UD-2: TDS | UD-2: Cond. | UD-2: Flow |
|---|---|---|---|
| 1/17/12 | 2990 | 3029 | 20 |
| 1/27/12 | | 2487 | 5 |
| 2/9/12 | | 2795 | 15 |
| 2/28/12 | | 2806 | 50 |
| 3/9/12 | | 1673 | 75 |
| 3/19/12 | | 2803 | 30 |
| 4/3/12 | 3282 | 3271 | 10 |
| 4/25/12 | | 3405 | 45 |
| 5/4/12 | | 3476 | 15 |
| 5/15/12 | | 2509 | 25 |
| 6/15/12 | | 3716 | 10 |
| 6/28/12 | | 3670 | 20 |
| 7/2/12 | 4148 | 3676 | 15 |
| 7/30/12 | | 3237 | 5 |
| 8/6/12 | | 1778 | 100 |
| 8/30/12 | | 2747 | 10 |
| 9/4/12 | | 3261 | 15 |
| 9/14/12 | | 3627 | 30 |
| 10/11/12 | 1990 | 2217 | 35 |
| 10/23/12 | | 3661 | 10 |
| 11/8/12 | | 3182 | 75 |
| 11/26/12 | | 3184 | 25 |
| 12/7/12 | | 3316 | 20 |
| 12/14/12 | | 3011 | 25 |
| 12/27/12 | | 1651 | 150 |
| 1/11/13 | 2716 | 2737 | 50 |
| 1/28/13 | | 2644 | 100 |
| 2/7/13 | | 2217 | 35 |
| 2/21/13 | | 2629 | 35 |
| 3/13/13 | | 2411 | 25 |
| 3/26/13 | | 2288 | 100 |
| 4/5/13 | 2576 | 2675 | 75 |
| 4/19/13 | | 1640 | 300 |
| 5/9/13 | | 3186 | 40 |
| 5//13 | | 2157 | 50 |
| 6/5/13 | | 3440 | 40 |
| 6/21/13 | | 1967 | 100 |
| 7/2/13 | 2974 | 3027 | 50 |
| 7/17/13 | | 3255 | 50 |
| 8/7/13 | | 3771 | 35 |
| 8/16/13 | | 3078 | 10 |
| 9/10/13 | | 3028 | 25 |
| 9/27/13 | | 3357 | 15 |
| 10/8/13 | 3400 | 3388 | 20 |
| 10/16/13 | | 3593 | 10 |
| 11/8/13 | | 3373 | 30 |
| 11/21/13 | | 3344 | 30 |
| 12/5/13 | | 3131 | 10 |
| 12/17/13 | | 2670 | 25 |
| 1/10/14 | 2614 | 2862 | 34 |
| 1/24/14 | | 3082 | 25 |
| 2/10/14 | | 2720 | 34 |
| 2/19/14 | | 1746 | 34 |
| 3/6/14 | | 2369 | 34 |
| 3/13/14 | | 2809 | 50 |
| 4/3/14 | 2950 | 2933 | 80 |
| 4/29/14 | | 2690 | 88 |
| 5/7/14 | | 3414 | 37 |
| 5/29/14 | | 3424 | 20 |
| 6/2/14 | | 3463 | 10 |
| 6//14 | | 3612 | 36 |
| 7/7/14 | 3922 | 3645 | 11 |
| 7/21/14 | | 2031 | 40 |
| 8/12/14 | | 1687 | 48 |
| 8/19/14 | | 3204 | 73 |
| 9/3/14 | | 3005 | 65 |
| 9/29/14 | | 3400 | 70 |
| 10/10/14 | 2932 | 2960 | 90 |
| 10/24/14 | | 3170 | 70 |
| 11/5/14 | | 2982 | 70 |
| 11/13/14 | | 3054 | 65 |
| 12/3/14 | | 2978 | 10 |
| 12/23/14 | | 3069 | 18 |
| 1/10/15 | 2770 | 2895 | 20 |
| 1/20/15 | | 3019 | 40 |
| 2/10/15 | | 2818 | 65 |
| 3/16/15 | | 2424 | 75 |
| 3/26/15 | | 3065 | 54 |
| 4/9/15 | 2748 | 2773 | 15 |
| 4/21/15 | | 2667 | 27 |
| 5/11/15 | | 3481 | 27 |
| 5/18/15 | | 3518 | 15 |
| 6/11/15 | | 3826 | 27 |
| 6/18/15 | | 3775 | 5 |
| 7/10/15 | | 3232 | 15 |
| 7/21/15 | | 3205 | 36 |
| 8/13/15 | | 3921 | 18 |
| 8/27/15 | | 4021 | 25 |
| 9/4/15 | | 4068 | 18 |
| 9/25/15 | | 4022 | 10 |
| 10/12/15 | | 3744 | 25 |
| 10/22/15 | | 3952 | 18 |
| 11/9/15 | | 3784 | 5 |
| 11/23/15 | | 3763 | 27 |
| 12/7/15 | | 3111 | 27 |
| 12/16/15 | | 3586 | 10 |
| 3/5/16 | | 2955 | 35 |
| 6/21/16 | | 3692 | 18 |
| 9/27/16 | | 3868 | 25 |
| 11/22/16 | | 3822 | 18 |
| 2/22/17 | | 3174 | 25 |

**Underdrain 3**

| Date | UD-3: TDS | UD-3: Cond. | UD-3: Flow |
|---|---|---|---|
| 1/17/12 | 1804 | 2136 | 150 |
| 1/27/12 | | 2049 | 30 |
| 2/9/12 | | 2048 | 50 |
| 2/28/12 | | 2069 | 250 |
| 3/9/12 | | 1875 | 400 |
| 3/19/12 | | 1987 | 350 |
| 4/3/12 | 1906 | 2055 | 200 |
| 4/25/12 | | 2237 | 200 |
| 5/4/12 | | 2202 | 300 |
| 5/15/12 | | 2115 | 300 |
| 6/15/12 | | 2238 | 300 |
| 6/28/12 | | 2220 | 200 |
| 7/2/12 | 1990 | 2214 | 300 |
| 7/30/12 | | 2205 | 300 |
| 8/6/12 | | 1910 | 350 |
| 8/30/12 | | 2275 | 300 |
| 9/4/12 | | 2314 | 400 |
| 9/14/12 | | 2179 | 150 |
| 10/11/12 | 3372 | 3254 | 250 |
| 10/23/12 | | 2240 | 250 |
| 11/8/12 | | 2116 | 350 |
| 11/26/12 | | 2243 | 200 |
| 12/7/12 | | 2221 | 300 |
| 12/14/12 | | 2183 | 350 |
| 12/27/12 | | 1662 | 250 |
| 1/11/13 | 1910 | 2202 | 350 |
| 1/28/13 | | 2127 | 250 |
| 2/7/13 | | 2122 | 300 |
| 2/21/13 | | 2071 | 250 |
| 3/13/13 | | 2092 | 250 |
| 3/26/13 | | 2059 | 300 |
| 4/5/13 | 1866 | 2080 | 300 |
| 4/19/13 | | 2074 | 400 |
| 5/9/13 | | 2185 | 300 |
| 5/20/13 | | 1908 | 30 |
| 6/5/13 | | 2327 | 225 |
| 6/21/13 | | 2180 | 120 |
| 7/2/13 | 2028 | 2280 | 350 |
| 7/17/13 | | 2324 | 250 |
| 8/7/13 | | 2340 | 250 |
| 8/16/13 | | 2276 | 250 |
| 9/10/13 | | 2291 | 200 |
| 9/27/13 | | 2304 | 250 |
| 10/8/13 | 2080 | 2355 | 200 |
| 10/16/13 | | 2338 | 150 |
| 11/8/13 | | 2338 | 100 |
| 11/21/13 | | 2211 | 100 |
| 12/5/13 | | 2210 | 150 |
| 12/17/13 | | 2120 | 350 |
| 1/10/14 | 1786 | 2091 | 520 |
| 1/24/14 | | 2080 | 456 |
| 2/10/14 | | 2025 | 520 |
| 2/19/14 | | 1838 | 520 |
| 3/6/14 | | 1941 | 520 |
| 3/13/14 | | 2006 | 350 |
| 4/3/14 | 1948 | 2068 | 400 |
| 4/29/14 | | 2103 | 378 |
| 5/7/14 | | 2173 | 243 |
| 5/29/14 | | 2200 | 250 |
| 6/2/14 | | 2195 | 200 |
| 6/20/14 | | 2233 | 216 |
| 7/7/14 | 2044 | 2231 | 100 |
| 7/21/14 | | 2037 | 150 |
| 8/12/14 | | 1685 | 250 |
| 8/19/14 | | 2214 | 328 |
| 9/3/14 | | 2238 | 266 |
| 9/29/14 | | 2260 | 270 |
| 10/10/14 | 1906 | 2184 | 300 |
| 10/24/14 | | 2233 | 280 |
| 11/5/14 | | 2261 | 280 |
| 11/13/14 | | 2223 | 250 |
| 12/3/14 | | 2196 | 250 |
| 12/23/14 | | 2195 | 270 |
| 1/10/15 | 1902 | 2196 | 300 |
| 1/20/15 | | 2210 | 350 |
| 2/10/15 | | 2151 | 410 |
| 3/16/15 | | 2219 | 400 |
| 3/26/15 | | 2192 | 288 |
| 4/9/15 | 1858 | 2121 | 350 |
| 4/21/15 | | 2088 | 288 |
| 5/11/15 | | 2141 | 365 |
| 5/18/15 | | 2231 | 250 |
| 6/11/15 | | 2378 | 162 |
| 6/18/15 | | 2335 | 150 |
| 7/10/15 | 1930 | 2212 | 250 |
| 7/21/15 | | 2065 | 315 |
| 8/13/15 | | 2325 | 180 |
| 8/27/15 | | 2298 | 250 |
| 9/4/15 | | 2300 | 180 |
| 9/25/15 | | 2300 | 150 |
| 10/12/15 | 1792 | 2184 | 250 |
| 10/22/15 | | 2297 | 180 |
| 11/9/15 | | 2200 | 150 |
| 11/23/15 | | 2247 | 270 |
| 12/7/15 | | 2111 | 270 |
| 12/16/15 | | 2202 | 250 |
| 3/5/16 | 1676 | 1919 | 350 |
| 6/21/16 | 1958 | 2109 | 216 |
| 9/27/16 | 2020 | 2224 | 250 |
| 11/30/16 | 1568 | 1922 | 200 |
| 2/22/17 | 1880 | 2156 | 300 |

**Underdrain 4**

| Date | UD-4: TDS | UD-4: Cond | UD-4: Flow |
|---|---|---|---|
| 1/19/12 | 2100 | 2267 | 5 |
| 1/27/12 |  | 1759 | 5 |
| 2/10/12 |  | 1913 | 2 |
| 2/28/12 |  | 1905 | 10 |
| 3/21/12 |  | 2078 | 2 |
| 3/30/12 |  | 2221 | 2 |
| 4/20/12 | 2212 | 2445 | 2 |
| 4/27/12 |  | 1578 | 5 |
| 5/8/12 |  | 2342 | 3 |
| 5/25/12 |  | 2339 | 2 |
| 6/15/12 |  | 2301 | 1 |
| 6/27/12 |  | 2522 | 1 |
| 7/16/12 | 1362 | 1458 | 2 |
| 7/30/12 |  | 2535 | 2 |
| 8/13/12 |  | 2526 | 2 |
| 8/30/12 |  | 2481 | 2 |
| 9/14/12 |  | 2446 | 2 |
| 10/18/12 | 2266 | 2377 | 1 |
| 10/29/12 |  | 2418 | 2 |
| 11/13/12 |  | 2123 | 2 |
| 11/26/12 |  | 2117 | 2 |
| 12/17/12 |  | 2402 | 1 |
| 12/28/12 |  | 2384 | 13 |
| 1/14/13 | 1660 | 1918 | 5 |
| 1/28/13 |  | 1928 | 5 |
| 2/7/13 |  | 1909 | 5 |
| 2/19/13 |  | 1889 | 5 |
| 3/4/13 |  | 1692 | 5 |

| Date | UD-4: TDS | UD-4: Cond | UD-4: Flow |
|---|---|---|---|
| 3/28/13 |  | 1624 | 25 |
| 4/5/13 | 1682 | 1818 | 30 |
| 4/19/13 |  | 833 | 100 |
| 5/9/13 |  | 1977 | 920 |
| 5/21/13 |  | 1981 | 15 |
| 6/7/13 |  | 2243 | 15 |
| 6/18/13 |  | 441 | 120 |
| 7/11/13 | 2016 | 2284 | 5 |
| 7/23/13 |  | 2310 | 5 |
| 8/8/13 |  | 2295 | 5 |
| 8/22/13 |  | 2284 | 5 |
| 9/23/13 |  | 2302 | 5 |
| 1/10/14 | 1384 | 1711 | 5 |
| 1/24/14 |  | 1937 | 5 |
| 2/10/14 |  | 1607 | 5 |
| 2/19/14 |  | 2085 | 5 |
| 3/4/14 |  | 1556 | 15 |
| 3/13/14 |  | 1681 | 20 |
| 4/3/14 | 1540 | 1757 | 13 |
| 4/29/14 |  | 1923 | 18 |
| 5/7/14 |  | 2070 | 10 |
| 5/21/14 |  | 2186 | 5 |
| 6/2/14 |  | 2263 | 3 |
| 6/20/14 |  | 2337 | 2 |
| 7/7/14 | 2330 | 2394 | 2 |
| 7/21/14 |  | 2326 | 5 |
| 8/12/14 |  | 2200 | 10 |
| 8/19/14 |  | 1992 | 11 |
| 9/3/14 |  | 2025 | 10 |
| 9/29/14 |  | 2832 | 20 |
| 10/10/14 | 1154 | 1363 | 25 |

| Date | UD-4: TDS | UD-4: Cond | UD-4: Flow |
|---|---|---|---|
| 10/24/14 |  | 1950 | 10 |
| 11/5/14 |  | 1763 | 10 |
| 11/13/14 |  | 1859 | 5 |
| 12/3/14 |  | 1981 | 5 |
| 12/24/14 |  | 1910 | 1 |
| 1/10/15 | 1398 | 1689 | 2 |
| 1/20/15 |  | 1964 | 10 |
| 2/10/15 |  | 1708 | 18 |
| 3/16/15 |  | 1719 | 40 |
| 3/26/15 |  | 2123 | 27 |
| 4/9/15 | 1462 | 1712 | 5 |
| 4/21/15 |  | 1635 | 27 |
| 5/11/15 |  | 2200 | 5 |
| 7/10/15 | 1304 | 1531 | 10 |
| 7/21/15 |  | 1690 | 18 |
| 8/13/15 |  | 2242 | 3 |
| 8/27/15 |  | 2374 | 1 |
| 10/12/15 | 1730 | 2084 | 3 |
| 10/22/15 |  | 2261 | 3 |
| 11/9/15 |  | 2014 | 3 |
| 11/23/15 |  | 2082 | 1 |
| 12/7/15 |  | 1776 | 5 |
| 12/16/15 |  | 2107 | 2 |
| 3/5/16 | 1594 | 1810 | 5 |
| 5/27/16 | 1852 | 1888 | 3 |
| 9/27/16 | 2042 | 2240 | 1 |
| 11/30/16 | 952 | 1222 | 10 |
| 1/30/17 | 1502 | 1450 | 5 |

**Underdrain 5**

| Date | UD-5: TDS | UD-5: Cond. | UD-5: Flow |
|------|------|------|------|
| 1/19/12 | 2588 | 2710 | 10 |
| 1/27/12 | | 2428 | 15 |
| 2/10/12 | | 2560 | 50 |
| 2/28/12 | | 2571 | 30 |
| 3/21/12 | | 2621 | 45 |
| 3/30/12 | | 2631 | 100 |
| 4/20/12 | 2726 | 2873 | 60 |
| 4/27/12 | | 2229 | 50 |
| 5/8/12 | | 2906 | 50 |
| 5/25/12 | | 2907 | 20 |
| 6/15/12 | | 2873 | 10 |
| 6/27/12 | | 3102 | 25 |
| 7/16/12 | 2906 | 2801 | 20 |
| 7/30/12 | | 3130 | 30 |
| 8/13/12 | | 3091 | 45 |
| 8/30/12 | | 2985 | 35 |
| 9/14/12 | | 2956 | 30 |
| 9/28/12 | | 2470 | 35 |
| 10/18/12 | 3142 | 3048 | 30 |
| 10/29/12 | | 3085 | 25 |
| 11/13/12 | | 2758 | 50 |
| 11/26/12 | | 2745 | 50 |
| 12/17/12 | | 3081 | 30 |
| 12/28/12 | | 3238 | 162 |
| 1/14/13 | 2502 | 2620 | 125 |
| 1/28/13 | | 2909 | 40 |
| 2/7/13 | | 2588 | 50 |
| 2/19/13 | | 2554 | 50 |
| 3/4/13 | | 2269 | 65 |
| 3/28/13 | | 2435 | 75 |
| 4/5/13 | 2512 | 2548 | 150 |
| 4/19/13 | | 1927 | 150 |
| 5/9/13 | | 2645 | 35 |
| 5/21/13 | | 2733 | 30 |
| 6/7/13 | | 2883 | 40 |
| 6/18/13 | | 1544 | 150 |
| 7/11/13 | 1986 | 2236 | 50 |
| 7/23/13 | | 2300 | 50 |
| 8/8/13 | | 2380 | 50 |
| 8/22/13 | | 2334 | 50 |
| 9/10/13 | | 2469 | 30 |
| 9/23/13 | | 2400 | 30 |
| 10/10/13 | 2604 | 2835 | 30 |
| 10/25/13 | | 2914 | 35 |
| 11/18/13 | | 2733 | 35 |
| 11/25/13 | | 2721 | 35 |
| 12/5/13 | | 2721 | 35 |
| 12/13/13 | | 1945 | 35 |
| 1/10/14 | 2464 | 2720 | 68 |
| 1/24/14 | | 2708 | 68 |
| 2/10/14 | | 2433 | 68 |
| 2/19/14 | | 2073 | 68 |
| 3/4/14 | | 2417 | 83 |
| 3/13/14 | | 2515 | 70 |
| 4/3/14 | 2330 | 2465 | 60 |
| 4/29/14 | | 2646 | 79 |
| 5/7/14 | | 2670 | 47 |
| 5/21/14 | | 2717 | 45 |
| 6/2/14 | | 2868 | 25 |
| 6/20/14 | | 3033 | 20 |
| 7/7/14 | 3102 | 3085 | 43 |
| 7/21/14 | | 2307 | 45 |
| 8/12/14 | | 2214 | 50 |
| 8/19/14 | | 2902 | 65 |
| 9/3/14 | | 2883 | 50 |
| 9/29/14 | | 3011 | 60 |
| 10/10/14 | 2722 | 2820 | 65 |
| 10/24/14 | | 2832 | 50 |
| 11/5/14 | | 2789 | 50 |
| 11/13/14 | | 2730 | 45 |
| 12/3/14 | | 2739 | 35 |
| 12/24/14 | | 2719 | 36 |
| 1/10/15 | 2506 | 2612 | 40 |
| 1/20/15 | | 2734 | 80 |
| 2/10/15 | | 2591 | 120 |
| 3/16/15 | | 2560 | 100 |
| 3/26/15 | | 2804 | 72 |
| 4/9/15 | 2362 | 2510 | 50 |
| 4/21/15 | | 2435 | 54 |
| 5/11/15 | | 2794 | 54 |
| 5/18/15 | | 2604 | 50 |
| 6/11/15 | | 3056 | 36 |
| 6/18/15 | | 3127 | 40 |
| 7/10/15 | 2510 | 2682 | 50 |
| 7/21/15 | | 2651 | 41 |
| 8/13/15 | | 3028 | 36 |
| 8/27/15 | | 3059 | 50 |
| 9/4/15 | | 3105 | 27 |
| 9/25/15 | | 3042 | 20 |
| 10/12/15 | 2432 | 2720 | 45 |
| 10/22/15 | | 2875 | 36 |
| 11/9/15 | | 2825 | 35 |
| 11/23/15 | | 2915 | 54 |
| 12/7/15 | | 2451 | 36 |
| 12/16/15 | | 2715 | 35 |
| 3/5/16 | 2226 | 2391 | 45 |
| 5/27/16 | 2506 | 2575 | 54 |
| 9/27/16 | 3198 | 3194 | 36 |
| 11/22/16 | 3256 | 3304 | 36 |
| 1/30/17 | 2374 | 2116 | 50 |

**Underdrain 6**

| Date | UD-6: TDS | UD-6: Cond. | UD-6: Flow |
|---|---|---|---|
| 1/12/12 | 2074 | 2197 | 25 |
| 1/27/12 | | 1986 | 25 |
| 2/2/12 | | 2135 | 20 |
| 2/21/12 | | 2051 | 50 |
| 3/1/12 | | 1708 | 50 |
| 3/30/12 | | 2219 | 50 |
| 4/19/12 | 2034 | 2334 | 50 |
| 4/27/12 | | 1553 | 50 |
| 5/4/12 | | 2236 | 20 |
| 5/29/12 | | 1841 | 30 |
| 6/18/12 | | 2486 | 30 |
| 6/27/12 | | 2626 | 25 |
| 7/9/12 | 2422 | 2481 | 50 |
| 7/30/12 | | 2198 | 30 |
| 8/1/12 | | 1638 | 200 |
| 8/13/12 | | 2236 | 150 |
| 9/11/12 | | 2570 | 50 |
| 9/20/12 | | 2557 | 50 |
| 10/2/12 | 2290 | 2354 | 75 |
| 10/29/12 | | 2661 | 35 |
| 11/1/12 | | 2328 | 200 |
| 11/30/12 | | 2699 | 75 |
| 12/10/12 | | 2120 | 300 |
| 12/21/12 | | 2598 | 100 |
| 1/14/13 | 2302 | 2462 | 150 |
| 1/28/13 | | 2238 | 75 |
| 2/14/13 | | 2170 | 75 |
| 2/22/13 | | 2211 | 75 |
| 3/12/13 | | 2140 | 75 |
| 3/25/13 | | 2134 | 175 |
| 4/5/13 | 2244 | 2277 | 200 |
| 4/18/13 | | 2131 | 400 |
| 5/8/13 | | 2315 | 140 |
| 5/20/13 | | 2308 | 100 |
| 6/7/13 | | 2504 | 60 |
| 6/18/13 | | 820 | 400 |
| 7/11/13 | 2184 | 2342 | 75 |
| 7/31/13 | | 2452 | 25 |
| 8/14/13 | | 2225 | 50 |
| 8/28/13 | | 2402 | 50 |
| 9/19/13 | | 2405 | 50 |
| 9/26/13 | | 2279 | 35 |
| 10/16/13 | 2214 | 2429 | 35 |
| 10/24/13 | | 2424 | 15 |
| 11/1/13 | | 2211 | 25 |
| 11/18/13 | | 2250 | 35 |
| 12/9/13 | | 1730 | 75 |
| 12/19/13 | | 2069 | 50 |
| 1/6/14 | 1698 | 2033 | 75 |
| 1/24/14 | | 2131 | 50 |
| 2/3/14 | | 1309 | 75 |
| 2/19/14 | | 1840 | 100 |
| 3/6/14 | | 2031 | 95 |
| 3/19/14 | | 1189 | 75 |
| 4/1/14 | 1840 | 1984 | 80 |
| 4/16/14 | | 2166 | 200 |
| 5/2/14 | | 2090 | 120 |
| 5/12/14 | | 2320 | 125 |
| 6/11/14 | | 2289 | 75 |
| 6/26/14 | | 2445 | 25 |
| 7/7/14 | 2382 | 2460 | 50 |
| 7/14/14 | | 2430 | 60 |
| 8/12/14 | | 1840 | 65 |
| 8/28/14 | | 2293 | 75 |
| 9/3/14 | | 2296 | 80 |
| 9/29/14 | | 2435 | 80 |
| 10/10/14 | 2060 | 2250 | 90 |
| 10/24/14 | | 2406 | 60 |
| 11/5/14 | | 2420 | 60 |
| 11/13/14 | | 2421 | 55 |
| 12/3/14 | | 2380 | 35 |
| 12/23/14 | | 2405 | 50 |
| 1/10/15 | 2236 | 2392 | 55 |
| 1/20/15 | | 2393 | 70 |
| 2/10/15 | | 2321 | 100 |
| 3/16/15 | | 2203 | 150 |
| 3/26/15 | | 2307 | 100 |
| 4/9/15 | 2090 | 2231 | 250 |
| 4/24/15 | | 2140 | 150 |
| 5/11/15 | | 2269 | 50 |
| 5/18/15 | | 2323 | 50 |
| 6/10/15 | | 2423 | 50 |
| 6/17/15 | | 2447 | 50 |
| 7/9/15 | 2004 | 2125 | 75 |
| 7/17/15 | | 1940 | 100 |
| 8/11/15 | | 2183 | 50 |
| 8/24/15 | | 2461 | 50 |
| 9/11/15 | | 2520 | 40 |
| 9/25/15 | | 2576 | 50 |
| 10/12/15 | 2088 | 2355 | 100 |
| 10/28/15 | | 2352 | 50 |
| 11/5/15 | | 2451 | 25 |
| 11/23/15 | | 2521 | 50 |
| 3/5/16 | 1870 | 2020 | 100 |
| 6/10/16 | 2194 | 2390 | 75 |
| 9/28/16 | 2488 | 2588 | 30 |
| 11/30/16 | 1536 | 1805 | 100 |
| 2/27/17 | 2120 | 2301 | 75 |

**Underdrain 8**

| Date | UD-8: TDS | UD-8: Cond. | UD-8: Flow |
|---|---|---|---|
| 1/13/12 | 2880 | 2955 | 5 |
| 1/27/12 | | 2641 | 25 |
| 2/10/12 | | 2936 | 10 |
| 2/29/12 | | 2825 | 50 |
| 3/19/12 | | 2906 | 30 |
| 3/30/12 | | 3056 | 30 |
| 4/16/12 | 3236 | 3232 | 10 |
| 4/25/12 | | 3085 | 15 |
| 5/8/12 | | 3256 | 10 |
| 5/29/12 | | 3266 | 5 |
| 6/18/12 | | 3280 | 10 |
| 6/27/12 | | 3142 | 2 |
| 7/17/12 | 3320 | 3142 | 25 |
| 7/30/12 | | 3032 | 20 |
| 8/13/12 | | 3163 | 10 |
| 8/31/12 | | 3308 | 30 |
| 9/19/12 | | 3252 | 25 |
| 9/28/12 | | 3235 | 25 |
| 10/8/12 | 1754 | 1941 | 30 |
| 10/24/12 | | 3314 | 5 |
| 11/10/12 | | 3314 | 30 |
| 11/29/12 | | 3328 | 10 |
| 12/17/12 | | 3342 | 30 |
| 12/28/12 | | 3307 | 55 |
| 1/8/13 | 3118 | 3101 | 25 |
| 1/31/13 | | 2200 | 50 |
| 2/6/13 | | 2199 | 50 |
| 2/19/13 | | 2200 | 50 |
| 3/13/13 | | 2244 | 50 |
| 3/22/13 | | 2193 | 50 |
| 4/15/13 | 3246 | 3205 | 30 |
| 4/24/13 | | 2840 | 20 |
| 5/13/13 | | 3285 | 25 |
| 5/21/13 | | 3088 | 25 |
| 6/10/13 | | 2751 | 100 |
| 6/27/13 | | 2477 | 30 |
| 7/18/13 | 2534 | 2677 | 20 |
| 7/30/13 | | 3274 | 20 |
| 8/12/13 | | 2690 | 20 |
| 8/28/13 | | 2501 | 20 |
| 9/17/13 | | 3234 | 10 |
| 9/26/13 | | 3231 | 5 |
| 10/3/13 | 2974 | 3240 | 10 |
| 10/17/13 | | 3198 | 5 |
| 11/8/13 | | 3111 | 5 |
| 11/20/13 | | 3077 | 5 |
| 12/5/13 | | 3213 | 5 |
| 12/20/13 | | 2756 | 20 |
| 1/14/14 | 2410 | 2621 | 35 |
| 1/24/14 | | 4492 | 25 |
| 2/17/14 | | 2721 | 35 |
| 2/25/14 | | 2736 | 40 |
| 3/16/14 | | 2581 | 40 |
| 3/26/14 | | 2589 | 35 |
| 4/9/14 | 2962 | 2917 | 30 |
| 4/24/14 | | 3017 | 25 |
| 5/8/14 | | 3067 | 30 |
| 5/29/14 | | 3110 | 20 |
| 6/12/14 | | 3047 | 7 |
| 6/21/14 | | 3000 | 25 |
| 7/10/14 | 3290 | 3100 | 5 |
| 7/22/14 | | 3033 | 7 |
| 8/19/14 | | 3099 | 8 |
| 8/28/14 | | 3153 | 10 |
| 9/10/14 | | 3149 | 8 |
| 9/24/14 | | 2927 | 5 |
| 10/14/14 | 2112 | 2255 | 10 |
| 10/22/14 | | 2750 | 10 |
| 11/11/14 | | 2645 | 10 |
| 11/20/14 | | 2724 | 10 |
| 12/11/14 | | 2585 | 15 |
| 12/24/14 | | 2668 | 10 |
| 1/12/15 | 2754 | 2796 | 10 |
| 1/22/15 | | 2891 | 10 |
| 2/11/15 | | 2867 | 10 |
| 3/9/15 | | 2924 | 25 |
| 3/16/15 | | 2998 | 50 |
| 4/13/15 | 3044 | 3062 | 15 |
| 4/21/15 | | 2927 | 10 |
| 5/11/15 | | 3331 | 20 |
| 5/20/15 | | 3306 | 30 |
| 6/11/15 | | 3408 | 5 |
| 6/18/15 | | 3370 | 5 |
| 7/10/15 | 2822 | 2931 | 10 |
| 7/21/15 | | 2467 | 20 |
| 8/13/15 | | 3132 | 5 |
| 8/27/15 | | 3211 | 3 |
| 9/4/15 | | 3225 | 3 |
| 9/25/15 | | 2907 | 5 |
| 10/12/15 | 2566 | 2730 | 5 |
| 10/22/15 | | 2978 | 5 |
| 11/9/15 | | 2882 | 3 |
| 11/24/15 | | 3084 | 5 |
| 12/7/15 | | 2565 | 5 |
| 12/16/15 | | 2742 | 5 |
| 3/5/16 | 2698 | 2771 | 15 |
| 6/10/16 | 3184 | 3140 | 5 |
| 9/28/16 | 3422 | 3260 | 2 |
| 11/30/16 | 1620 | 1903 | 10 |
| 2/27/17 | 2120 | 2301 | 10 |