# Exhibit 14

# [48 FR 48826](#)

October 21, 1983

Rules and Regulations

**Reporter**
48 FR 48826

*Federal Register  >  1983  >  October  >  October 21, 1983  >  Rules and Regulations  >  FEDERAL REGISTER*

**Title:** Water Pollution Control; National Pollutant Discharge Elimination System; Transfer of Authority Over Coal Mining and Reclamation Facilities Between State Agencies; Virginia

**Action:** Notice of final rule.

## Agency

FEDERAL REGISTER

**Identifier:** [WH-FRL 2456-2]

## Administrative Code Citation

40 CFR Part 123

## Synopsis

SUMMARY: This rule approves the transfer of certain water discharge regulatory responsibilities from one Virginia State Agency to another without any change in the substance of those responsibilities. Currently the Virginia State Water Control Board (SWCB) administers the National Pollutant Discharge Elimination System (NPDES) permitting program for regulating all discharges of pollutants to waters within Virginia. This rule will approve transfer of the NPDES authority for regulating pollutant discharges from coal mining and reclamation facilities from the SWCB to the Virginia Department of Conservation and Economic Development, Division of Mined Land Reclamation (DMLR), which is already charged with other regulatory responsibilities for these facilities.

## Text

SUPPLEMENTARY INFORMATION: On March 31, 1975, the Commonwealth of Virginia was given approval by the Environmental Protection Agency (EPA) to administer the National Pollutant Discharge Elimination System (NPDES) permit program for regulating discharges of pollutants to waters within its boundaries. On December 15, 1981, the Commonwealth was conditionally approved to implement and administer the Surface Mining Control and Reclamation Act of 1977 (SMCRA) for coal mining and reclamation operations within the Commonwealth. In Virginia, the NPDES permit program is administered by the State Water Control Board (SWCB) and the SMCRA

permit program is administered by the Department of Conservation and Economic Development, Division of Mined Land Reclamation (DMLR).

For coal mining and reclamation facilities, the requirements of the NPDES and SMCRA permit programs are overlapping and duplicative. To reduce confusion and duplication of effort, as well as to provide the coal industry with "onestop" permitting, Virginia has requested that EPA approve a modification of its NPDES program to permit DMLR to assume NPDES responsibilities related to coal mining currently performed by the SWCB. DMLR will then issue to each qualifying coal mining or reclamation facility a single permit incorporating the requirements of both the SMCRA and NPDES programs and will administer both Acts. SWCB will have the opportunity to review the permits in order to concur in the effluent limitations or to impose any more stringent limitations necessary to maintain water quality standards.

On September 21, 1982, EPA published a Notice of Proposed Rulemaking *(47 FR 41599)* which proposed to transfer NPDES responsibilities for coal mines to DMLR. No public comments were received.

Based on the foregoing, it is the decision of the Administrator of EPA to modify the Commonwealth of Virginia's NPDES authorization to allow implementation of the portion of the program described above by the DMLR instead of by the SWCB. No substantive rights or obligations of any person will be affected by this amendment. The Administrator's decision to approve the proposed amendment has been based on the apparent need for such a revision, the lack of public comments received, and on a determination that the amendment meets the requirement of the Clean Water Act and 40 CFR 123.62.

This notice incorporates by reference the Memorandum of Agreement signed on July 17, 1981 by Mr. Fred Walker (Director of the Department of Conservation and Economic Development) and Mr. R. V. Davis (Executive Secretary, SWCB). The Memorandum sets forth the joint permitting plan described above.

Review Under Executive Order 12291 and the Regulatory Flexibility Act

The Office of Management and Budget has exempted this action from the OMB review requirements of Executive Order 12291 pursuant to Section 8(b) of that Order.

Pursuant to Section 605(d) of the Regulatory Flexibility Act *(5 U.S.C. 601 et. seq.* ), I certify that this State program revision will not have a significant impact on a substantial number of small entities. Revision of the Virginia NPDES program establishes no new substantive requirements, but merely transfers responsibilities for administration of the program from one State agency to another.

Dated: September 28, 1983.

William D. Ruckelshaus,

Administrator.

[FR Doc. 83-28709 Filed 10-20-83; 8:45 am]

BILLING CODE 6560-50-M

## Dates

DATE: This rule will become effective October 21, 1983.

## Contacts

48 FR 48826

FOR FURTHER INFORMATION CONTACT:Marilyn Goode, Permits Division (EN-336), U.S. Environmental Protection Agency, 401 M St. SW., Washington, D.C. 20460, 202-426-7010.

FEDERAL REGISTER

**End of Document**