# Exhibit 15

**Expert Report of John Tyner, Ph.D., P.E., P.G.**
Associate Professor
Biosystems Engineering
The University of Tennessee

### 1.0    John Tyner Biography

Dr. Tyner is a tenured regular faculty in the department of Biosystems Engineering and Soil Science at the University of Tennessee. He is a registered engineer (PE) and a registered geologist (PG). He has earned degrees in Geology (BS University of Oklahoma), Geology (hydrogeology option) (MS San Diego State University), and Biosystems Engineering (Ph.D. Oklahoma State University). Prior to beginning work in academics, Dr. Tyner served as a US Naval Officer (USS COPELAND FFG-25), and worked as an environmental consultant. His short CV appears at the end of this document.

### 2.0    Previous Expert Witness Experience

2010 - Proposed ICG Coal Mine, testified at W. Va. Surface Mine Board; Appalachian Mountain Advocates

2011 - Proposed Port MacKenzie, AK Railway, wrote opinion; Appalachian Mountain Advocates

2012 - Proposed Highlands Surface Coal Mine, testified at US District Court, Huntington, W.VA.; Appalachian Mountain Advocates

2012 - Beech Fork Coal Processing Pond, KY; wrote opinion; Sierra Club

2013 - Proposed Rocky Branch Coal Mine, Illinois; wrote opinion; Appalachian Mountain Advocates

2013 - Proposed Pike County, IN coal mine; wrote opinion; Sierra Club

2013 - Proposed Gibson County, IN coal mine; wrote opinion; Sierra Club

2014 - Leaking municipal water tank, City of Odell, Illinois; conducted site investigation and wrote opinion; City of Odell

2014 - Former 3M manufacturing plant, WV; gave deposition and parties settled; private party

2015 - Point source delineation of AML discharges, Appalachia, VA; gave deposition and parties settled; Southern Appalachian Mountain Stewards and Sierra Club

### 3.0    Documents and Data Reviewed

1) Red River 1992 Permit Application
2) Red River 1992 Permit Application Vol 2.
3) Red River 1993 Permit Application Revision
4) OSMRE 2014 Hydrologic Assessment
5) 1996 Fill Certificates
6) 2007 Fill Certificates
7) OSMRE 2016 Red River Hydrological Report
8) Permit Application Questions (2018)

1

9) OSMRE Hydrological Assessment (2014)
10) OSMRE Hydrological Assessment Memo (2016)
11) Site Visit Conducted on 14 May 2018 and subsequent water quality report

**4.0   Compensation**

Dr. Tyner was retained by Appalachian Mountain Advocates in the Red River Proceeding with the following rates of compensation:

1) $125/hr for general consulting,
2) $175/hr for sworn testimony,
3) 4-hr daily minimum for work taking him away from Knoxville, Tn., and
4) federal rates for lodging and per diem.

**5.0   Executive Summary:**

The purpose of this report is to provide an expert opinion regarding discharges from six Valley Fills (VFs) within the Red River North Fox Gap Surface Coal Mine in Wise County, VA. Following a review of documents and a visit to the site, the following conclusions have been made:

1) Each of the six VFs is an industrial anthropogenic structure. The permit describes requirements for the design and construction of VFs that the permittee should have undertaken, in part, to reduce the risk of water pollution that VFs are very well known to generate.

2) Each of the six VFs has markedly altered the local hydrology, replacing streams that would have been generally quite ephemeral with spoil structures that release water much more perennially.

3) Through a combination of poor design and/or poor construction, each of the six VFs has failed to meet the goal of not polluting the water that passes through it. The VFs are discharging water polluted by contaminants that they themselves are almost certainly generating.

4) The discharges from each of the six VFs are:
   - discernible,
   - confined, and
   - discrete,

5) Each of the six VFs discharges from one or more point source as defined by the Clean Water Act. But from a historic and hydrologic usage of the *point source* term, it would also be consistent to label the cumulative discharge from each VF as a single point source.

**6.0   Background**

<u>6.1     Mountain Top Removal / Valley Fill</u>

Mountain Top Removal with Valley Fills (MTR/VF) of the type used at the North Fox Gap mine is a commonly employed mining method for coal extraction. It involves blasting away overburden rock and subsequently pushing or dumping said overburden into adjacent valleys, which forms VFs. The removal of the overburden in this manner allows the coal seams to be exposed and subsequently extracted with less financial cost to the mining operator than underground mining.

2

Due to the shape of valleys and the placement of the spoil, when viewed from above, the VFs often have a diamond shape with one of the corners at its lowest elevation. This point at the base of the VF - which is sometimes referred to as the "toe" of the fill - is intended to discharge leachate collected from an underdrain constructed along the bottom of the fill. Following construction of the VF, this discharge point at the base of a VF often becomes the new headwater of the creek.

It is well documented that MTR/VF coal mining releases multiple types of water borne pollution, including but not limited to: total dissolved solids (sometimes measured as conductivity or specific conductance), sulphur, various metals, and acidity (Vengosh et al., 2013; Bernhardt et al., 2012; Lindberg et al., 2011). These pollutants are documented as causing harm to both the wildlife (Pond et al., 2014) and the local people (Hendryx, 2013; Ahern et al., 2011).

Because of the risk of polluting streams from the discharge of, VFs are designed by a registered engineer with an underdrain, partly in an attempt to minimize said pollution and also to ensure fill stability. These pollution-reduction efforts are largely focused on minimizing: 1) the toxicity of the spoil in contact with the water, 2) the time duration that water is in contact with the spoil, 3) the surface area of the spoil that the water makes contact with, and 4) the amount of water that enters the VF.

Older and successfully reforested valley fills may have the outward visual appearance of a fairly natural setting as they will be green with maturing trees, but the flow of water beneath the surface moves through spoil, not rock, and this process commonly contaminates the resulting leachate (Nippgen et al., 2017). The source of water that is provided to the valley fill, namely water that infiltrates through the few feet of topsoil capped atop the VF such that the site can be revegetated, doesn't itself define the source of said contamination, which is the spoil residing within the VF. For example, most paper mills are regulated point sources using large quantities of water. Often the source of the water utilized to make the paper, and the resulting discharge of the potentially contaminated water after it has been utilized, is a river. The fact that a river might be a clean source of water does not dictate that the paper mill is not a point source. Likewise, infiltration of water through relatively clean topsoil (analogous to the clean water in the stream), doesn't preclude the spoil within a VF from subsequently contaminating the leachate. In fact this latter description is almost certainly occurring at the Red River North Fox Gap Surface Coal Mine and has for approximately 20 years.

Because VFs are placed atop the natural landscape, water flows through them much more slowly than it would otherwise run down the creek in the former location of VF. This further increases the retention time that the leachate is in contact with the spoil, further polluting the resulting leachate. Any baseflow (as described from the standpoint of the former creek), and particularly seeps at an elevation above the creek, also have potential to become contaminated as they pass through the spoil, especially if any underdrain was not specifically laid out to intercept said seeps.

<u>6.2    Point Source</u>

The term "point source" has historically been used by scientists to describe an object that emits light or radiation in a manner that the emission can be considered coming from a point, which mathematically has no area or volume. Webster's Ninth New Collegiate Dictionary (1985) gives such a definition:

<u>point source</u>    *n* (1903): a source of radiation (as light) that is concentrated at a point and considered as having no spatial extension.

It is important to remember that this definition is commonly applied to very large objects such as stars. The size of the object is not important, but rather the range of angles of the radiation emitted as seen by the observer. Even our closest star, the sun, is most

3

commonly modeled as a point source, because as viewed from Earth there is no benefit to modelling the radiation from what would otherwise be a very small radial angle. On the other hand, if one was viewing the sun from a very near distance (one that would surely extinguish the life of the observer), the sun would appear as a near planar source.

    The point source term has been co-opted by hydrologists that use the term in a similar way. Instead of light or other radiation, a point source is used to describe sources of mass (contaminant, water, etc.) or energy that enters or is removed from a hydrologic system. When modeling a hydrologic system, the term "point source" may be used to describe a single flow, or possibly multiple flows from a given locale so long as the origins of the multiple flow are similar, and the areal spread of the multiple flows are insignificant to the resulting work or modeling being undertaken. Of course, under a traditional mathematical conceptualization, a point has no area for which water or a contaminant could pass though, but this is a simplifying assumption, much like assuming solar radiation comes from a point in the sky, not a sphere in the sky. Similarly, hydrologists focus on identifying the point at which sources of flow or of contaminants enter a hydrologic system.

    The Clean Water Act (CWA) utilizes the point source term, and further defines it as:

> *Point source means any discernible, confined, and discrete conveyance, including but not limited to, any pipe, ditch, channel, tunnel, conduit, well, discrete fissure, container, rolling stock, concentrated animal feeding operation, landfill leachate collection system, vessel or other floating craft from which pollutants are or may be discharged. This term does not include return flows from irrigated agriculture or agricultural storm water runoff.*

Excluding the examples and the exceptions, the definition can be shortened to: **<u>a conveyance that is discernible, confined, and discrete from which pollutants may be discharged.</u>**

    Webster's Ninth New Collegiate Dictionary (1985) defines the first three terms as:

**discern**:     *vb* **1a**: to detect with the eyes, **b**: to detect with other sense than vision **2**: to recognize or identify as separate and distinct : DISCRIMINATE **3**: to come to know or recognize mentally ~ *vi*: to see or understand the difference

**$^1$confine**     *n* **1a**: something (as borders or walls) that encloses: *also*: something that restrains **b**: SCOPE

**$^2$confine**     *vb* **1a** to hold within a location **b**: IMPRISON **2**: to keep within limits

**discrete**     *adj* **1**: constituting a separate entity: individually distinct **2a**: consisting of distinct or unconnected elements: NONCONTIUOUS **b**: taking on or having a finite or countable infinite number of values: not mathematically continuous

    The definition of discern is of little value, because if a potentially polluted water cannot first be discerned, there cannot be a question of whether the water does or does not originate from a point source. The definitions for confine are of only marginal value as almost anytime water is flowing with a free surface it is doing so in some sort of a natural channel/stream or anthropogenic structure. An exception would be most groundwater flow, with the further exception of some interflow and subsurface flow in many karst areas. The definition for discrete is the most useful, as it describes that the conveyance must be, in a word, distinct. And within the context of the previously defined "hydrologic point source," being discrete or distinct is useful as this helps the scientist or regulator understand and/or model/regulate any pollutants of concern.

    Among the list of items specially labelled as a point source within the CWA, the most similar to a VF is a landfill. Both are large industrial engineered structures designed

4

specifically for the placement of potentially hazardous material that generally produces polluted leachate.

**7.0 Red River Valley Fills**

<u>7.1</u>     <u>Design and Construction</u>

Per the permit, each of the six VFs at the North Fox Gap Surface Mine was apparently constructed by end-dumping a single lift of spoil that was composed of up to 20% non-durable rock and fines.  End-dumping amounts to pushing and/or dumping spoil into the valley with the expectation that the large and specifically durable boulders will roll ahead of the rest of the material and locate themselves into the base of the VF.  Non-durable rock is prone to releasing pollutants from the toe of the VF, or from wherever the VF discharges.  The method of natural segregation was utilized in an attempt to create an underdrain.  It relies on the general tendency of larger boulders to roll downslope ahead of smaller sized spoil material dumped from a ridge into a valley.  Figures 1 and 2 show examples of natural segregation working very poorly and moderately well (OSMRE, 2004), respectively.  A better but more expensive way to create an underdrain is to first lay out a layer of durable boulders in the base of the VF prior to placing the remainder of the spoil (Figure 3) (Warner and Agouridis, undated).  A properly functioning underdrain helps limit the pollution released from a VF (Warner and Agouridis, undated).  VFs created by end-dumping are more prone to long term settling, as the material is placed in a poorly sorted manner (Karem and Lee, 2008).  This allows the finer rocks to move and settle into the holes of any underlying larger rocks, lowering the ground surface of the VF over time.  It also promotes fines (with a large contact area and possibly undesirable lithology) being placed and/or migrating into the underdrain of the VF where they remain in contact with water flowing in the old stream channel in the base of the VF under perennial or near perennial conditions.

5



**Figure 10b / Video 6b.** Right discharge from VF (20180514_144437.jpg, 20180514_144405.mp4)

**Video 6c.** 20180514_144648.mp4

**8.0   Overview of Findings**

The discharges from the six VFs generally run northward, with VFs 1-5 discharging to tributaries of the South Fork Pound River.  Distances from the VF discharges to the South Fork Pound River vary from approximately a few hundred to a few thousand feet with lower numbered VFs being closest and higher number VFs being further away.  VF 6 discharges to the Rat Creek after traveling a distance of approximately 1,000 ft.  3,000 ft further downstream, the Rat Creek subsequently conjoins the South Fork Pound River.  VF 5 was placed directly atop what was an unnamed intermittent blue line stream (USGS, 2018).

All discharges measured from the six VFs on 10/27/17 and 5/14/18 were in excess of 1,000 mg/L total dissolved solids.

Each of the six VFs had numerous locations where water was discharging and almost all of these individual discharges were themselves discernible, confined and discrete.  Therefore each is a point source as defined under the Clean Water Act

However, from a hydrologic perspective, it is more accurate and useful to think of each VF's discharge collectively, and to consider each VF and its underdrain system, I present, as a single point source.  This approach is more practical, and is consistent with the historic uses for the term *point source* including its use to describe phenomenon, to model phenomenon, and more recently to regulate phenomenon.  Through this lens, the cumulative discharge from each VF is itself discernible, confined, and discrete, making each VF and its underdrain system a point source.

It's also worth making another note along the lines of supporting the argument that the multiple discharges from each VF represent a single point source.  If indeed the VFs were better designed/constructed, there would not be multiple discharges typically at a horizon above the toe of the VFs.  Instead there would be a very freely draining single discharge point amongst large boulders at the very base of the toe of the VFs.

For example, imagine a scenario where a chemical plant discharged effluent to a river through a pipe as a regulated point source.  But the pipe had several large holes only 10s of feet from the end of the pipe, and the effluent carried within the pipe exited the pipe through both the holes and the end of the pipe before merging together and entering the river.  The lack of a single discharge at the end of the pipe due to the poor

18

design/construction of the pipe would not likely result in the discharge losing its status as a point source, and it also would not likely result in the flow streams being regulated as multiple discharges, but rather one. The latter interpretation would be consistent with a hydrologic interpretation of a point source, as the multiple discharges being only 10s of feet apart is of no consequence to the stream, and any measures taken to improve the water quality of the effluent (as necessary per the CWA) would improve all the discharges: from both the holes within the pipe, and the end of the pipe.

19