FILED: October 29, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2194
(2:17-cv-00028-JPJ-PMS)

_____

SOUTHERN APPALACHIAN MOUNTAIN STEWARDS; APPALACHIAN VOICES; SIERRA CLUB

    Plaintiffs - Appellants

v.

RED RIVER COAL COMPANY, INC.

    Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Big Stone Gap |
| Originating Case Number | 2:17-cv-00028-JPJ-PMS |
| Date notice of appeal filed in originating court: | 10/24/2019 |
| Appellant(s) | SOUTHERN APPALACHIAN MOUNTAIN STEWARDS; APPALACHIAN VOICES; SIERRA CLUB |
| Appellate Case Number | 19-2194 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |